# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0999
Lower Tribunal No. 2021-CA-010459-O

_____

BRANDON MCCONICO,

Appellant,

v.

LIQUOR MASTER, INC., d/b/a LIQUOR MASTER #5, ORANGE LIQUORS, INC., and
BLAKE CARLTON PROPERTY, LLC,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

May 15, 2026

PER CURIAM.

AFFIRMED. *See Barrio v. City of Miami Beach*, 698 So. 2d 1241, 1244 (Fla. 3d DCA 1997) (finding as a matter of law that the city breached no duty to plaintiff because, as to uninvited licensees, "the danger of crime and criminal assaults is an open and obvious danger for which there is no duty to warn").

NARDELLA, WHITE and BROWNLEE, JJ., concur.


Erin P. Newell, of Open Book Appeals, Fort Lauderdale, and Bruce W. Batts, of Batts Law Group, P.L.L.C., Orlando, for Appellant.

Eleanor H. Sills, of Banker Lopez Gassler, P.A., Tallahassee, and Ezequiel Lugo, of Banker Lopez Gassler, P.A., Tampa, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED